Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON PEARSON,<br><br>Defendant. | CASE NO.: 2:17-cv-02111-RFB-CWH<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF JAYSON PEARSON**<br><br>**DATE: JULY 12, 2022**<br>**TIME: 10:00 A.M.** |

The Court having reviewed the Motion for Judgment Debtor Examination of Jayson Pearson ("Defendant Pearson"), submitted by the Plaintiff, the Board of Trustees of the Nevada Resort Association International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust (the "Trust") and good cause appearing:

IT IS HEREBY ORDERED THAT Defendant Pearson shall appear at the office of Brownstein Hyatt Farber Schreck LLP, located at 100 North City Parkway, Suite 1600,

1

24082887.1

Las Vegas, Nevada, 89106, on July 12, 2022, at 10:00 a.m., for a judgment debtor examination before a notary public or some other officer authorized by law to administrator oaths and recorded by stenographic means.

IT IS FURTHER ORDERED, that Defendant Pearson shall produce to the Trust's counsel one (1) week prior to the examination the following documents:

1. Any and all documents regarding real property currently owned by Defendant Pearson, including but not limited to the location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

2. Any and all partnership, trust, and/or business agreements;

3. Titles to all automobiles, recreational vehicles, off-road vehicles, boats, snow mobiles, all-terrain-vehicles, or any other motorized machine;

4. Tax returns for the last three years;

5. Certificates or other proof of all jewelry, watches, art, guns or other property in his possession;

6. Proof of all safety deposit boxes and the contents contained therein;

7. Pay stubs for the last twelve months;

8. All evidence of his pension, 401(k), IRA, stocks, bonds, mutual funds, social security or other retirement funds or investments for the last twelve months;

9. The last twelve (12) statements for each and every one of Defendants Pearson's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open; and

///
///
///
///
///
///

2

24082887.1

10. All other information he has in his possession and/or has access to showing the nature and extent of his assets and liabilities.

DATED this __15th__ day of __June_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiff*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

24082887.1